IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 1:08cr385 |
| | ) | |
| **EZENWA ONYEDEBELU** | ) | ~~UNDER SEAL~~ |

F I L E D
MAY - 1 2009
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ORDER

The matter came before the Court on the government's motion (Docket No. 121) for a reduction in defendant's sentence, pursuant to Rule 35(b), Fed. R. Crim. P.

For the reasons stated from the Bench in an under seal hearing,

It is hereby **ORDERED** that the motion (Docket No. 121) for a reduction of sentence is **GRANTED**.

It is further **ORDERED** that defendant's sentence of incarceration is **REDUCED** from thirty-seven (37) months to fourteen (14) months. All other terms and conditions of defendant's previously imposed sentence will remain in full force and effect.

It is further **ORDERED** that counsel for the government is **DIRECTED** to advise the Court promptly by filing an appropriate motion and proposed order as soon as it is practicable to lift the seal on this matter. If such a motion to lift the seal is not filed within three months from the date of this Order, counsel for the government is **DIRECTED** to file a pleading by that date setting forth the reasons justifying continuance of the seal and requesting an extension of the seal for a certain limited period of time thereafter.

The Clerk is directed to send a copy of this Order to the Probation Office, the Bureau of Prisons, the Marshal's Service, and all counsel of record.

Alexandria, Virginia
May 1, 2009

T. S. Ellis, III
United States District Judge